**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00899-CV

### RANDALL W. MOIR, Appellant

### V.

### JP MORGAN CHASE NA, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04102-2013**

## ORDER

We **GRANT** appellant's August 29, 2014 motion for extension of time to file jurisdictional letter brief and **ORDER** the brief be filed no later than October 3, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE